IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :
                                :        CRIMINAL ACTION
        v.                      :
                                :        NO. 11-227
JAMAR BLACKSHEAR ET AL.         :


**O R D E R**

        **AND NOW**, this _28th_ day of ___October_____, 2011, upon consideration of

Defendants' Motion to Suppress Physical Evidence, and after a hearing in open court, it is

**ORDERED** that the Motion is **DENIED**.

        **IT IS SO ORDERED**.


                                        **BY THE COURT:**




                                        _____
                                        **R. BARCLAY SURRICK, J.**